**Opinion issued January 31, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———

## NO. 01-11-01122-CV

———

**LAUREL BAY, LTD., Appellant**

**V.**

**SIMBAKI, LTD., d/b/a BERRYHILL BAJA GRILL & CANTINA, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV0064445**

---

## MEMORANDUM OPINION

Appellant, Laurel Bay, Ltd., has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.